IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DAVID CUMMINGS,              )
                                  )
              Plaintiff,          )
                                  )
        v.                        )        1:23-cv-980
                                  )
SARAH BIRDSEYE, et al.,           )
                                  )
              Defendants.         )

                                **ORDER**

        This matter is before the court for review of the Memorandum

Opinion, Recommendation, and Order ("Recommendation") filed on

May 14, 2024, by the United States Magistrate Judge in accordance

with 28 U.S.C. § 636(b). (Doc. 10.) The Recommendation was served

on Plaintiff on May 14, 2024. (Doc. 11.) In the Recommendation,

the Magistrate Judge recommends that this action be dismissed

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous. Plaintiff

filed timely Objections and supplemental documents, (see Docs.

12, 13, 14). Plaintiff also filed a Motion for Issuance of

Subpoenas Delivered by Marshalls [sic] Service. (Doc. 15.)

        This court is required to "make a de novo determination of

those portions of the [Magistrate Judge's] report or specified

proposed findings or recommendations to which objection is

made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions."

The Court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. Therefore, this Court therefore adopts the Magistrate Judge's Recommendation.

Plaintiff's motion requesting subpoenas, (Doc. 15), will be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 10), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Complaint, (Doc. 3), is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

Plaintiff's Motion for Issuance of Subpoenas Delivered by Marshalls [sic] Service, (Doc. 15), is **DENIED** as **MOOT.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 2nd day of July, 2024.


_William L. Osteen, Jr._
United States District Judge

- 2 -